In the Matter of EDWARD F. BOWES et al., Appellants, against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, et al., Respondents.

(Argued October 31, 1934; decided October 31, 1934.)

*Walter E. Godfrey* for appellants.

*Paul Windels, Corporation Counsel (Russell L. Tarbox* of counsel), for Board of Elections, respondent.

*Kenneth F. Simpson, Sanford H. Cohen, Watson Washburn* and *Maxwell Shapiro* for Abbot L. Moffat et al., respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.